[Crim. No. 2609. Second Appellate District, Division Two.—December 7, 1934.]

THE PEOPLE, Respondent, v. ALBERT SIMEONE et al., Defendants; JAMES DUKE, Appellant.

Willis T. Lyman for Appellant.

U. S. Webb, Attorney-General, and Bayard Rhone for Respondent.

STEPHENS, P. J.—▇ Defendant Duke was convicted of first degree burglary and two counts of kidnaping. He gave notice of appeal from the judgment. Appellant's counsel appeared in open court and requested leave to withdraw from the case. Such permission was granted. Respondent moves to affirm under Penal Code, section 1253. No briefs have been filed and time for filing opening brief has long since expired.

We have examined the evidence and find it to be sufficient. The instructions were correct. It is clear that the appeal is without merit.

Judgment affirmed.

Crail, J., and Scott, J., *pro tem.*, concurred.